UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:12CR 00270 BRW |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| v. | 18 U.S.C. § 3013 |
| | 18 U.S.C. § 3571 |
| KENTYA RICH | 18 U.S.C. § 3583 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT -3 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

That on or about March 14, 2012, in the Eastern District of Arkansas,

KENTYA RICH

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | COURT | DOCKET | OFFENSE |
|---|---|---|---|
| 6/11/2003 | Pulaski Co. Circuit Court | CR2002-002958 | Aggravated Robbery 2 counts |

did knowingly possess in and affecting commerce a firearm, to wit: a Glock, Model 22, .40 caliber pistol, serial number AKN935, thereby violating Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

1