UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 22, 2013**

Ms. Linda B. Lipe
United States Attorney's Office -- Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, Arkansas 72203-1229

      Re:  *United States of America v. Kentya Rich*, 4:12-CR-00270-BRW

Dear Counsel:

I have received Defendant's Motion to Suppress that was filed on Thursday, May 2, 2013.[1]

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. Wednesday, May 29, 2013, I will grant the motion.

                                                      Cordially,

                                                      Billy R. Wilson

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. No. 22.

[2] The response was due on Monday, May 20, 2013.