IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                                    4:12-CR-00270-01-BRW

KENTYA RICH                                                                          DEFENDANT

## ORDER

Pending is the Defendant's Unopposed Motion to Continue Suppression Hearing (Doc. No. 28). The Motion is GRANTED.

Accordingly, the suppression hearing scheduled for June 27, 2013, is cancelled. Any delay in commencing the trial in this case occasioned by the continuance ordered herein is excludable under the provisions of the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 25th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE