

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          NO. 4:12CR00270-01 BRW

v.                                18 U.S.C. §§ 922(g)(1)
                                  18 U.S.C. § 3013
                                  18 U.S.C. § 3571
KENTYA RICH                       18 U.S.C. § 3583

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

That on or about May 23, 2011, in the Eastern District of Arkansas, the defendant

KENTYA RICH

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | COURT | DOCKET | OFFENSE |
|---|---|---|---|
| 6/11/2003 | Pulaski Co. Circuit Court | CR2002-002958 | Aggravated Robbery 2 counts |

did knowingly possess in and affecting commerce a firearm, to wit: a Colt M1991A1 Series 80, .45 caliber semi-automatic pistol, serial number 2767538, thereby violating Title 18, United States Code, Section 922(g)(1).

### COUNT 2

That on or about March 14, 2012, in the Eastern District of Arkansas, the defendant

KENTYA RICH

1

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | COURT | DOCKET | OFFENSE |
|---|---|---|---|
| 6/11/2003 | Pulaski Co. Circuit Court | CR2002-002958 | Aggravated Robbery 2 counts |

did knowingly possess in and affecting commerce a firearm, to wit: a Glock, Model 22, .40 caliber pistol, serial number AKN935, thereby violating Title 18, United States Code, Section 922(g)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)